**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6122

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOSHUA MICHAEL RIDINGS,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:08-cr-00001-JPB-JPM-1)

Submitted:  June 25, 2024                          Decided:  June 28, 2024

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joshual Michael Ridings, Appellant Pro Se.  Jeff Earl Parsons, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Michael Ridings appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction.  We have the reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Ridings*, No. 5:08-cr-00001-JPB-JPM-1 (N.D.W. Va. Dec. 5, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*